IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACKIE FLORES,

             Plaintiff,

v.

ZALE DELAWARE, INC.,

             Defendant.

NO. C07-0539 TEH

ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO TRANSFER VENUE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    To accommodate the Court's calendar, IT IS HEREBY ORDERED that the hearing on Defendant's motion to transfer venue is continued to **Monday, September 10, 2007, at 10:00 AM.** Plaintiff shall file her opposition or statement of non-opposition on or before **August 6, 2007,** and Defendant shall file its reply on or before **August 20, 2007.**

    IT IS FURTHER ORDERED that the case management conference scheduled for August 20, 2007, shall be continued to **Monday, October 15, 2007, at 1:30 PM.** If the case is not transferred, then the parties shall meet and confer and file a joint case management statement on or before **Tuesday, October 9, 2007.**

**IT IS SO ORDERED.**

Dated:  06/29/07

                                           THELTON E. HENDERSON, JUDGE
                                           UNITED STATES DISTRICT COURT