1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  DAMIEN P. DELANEY (SBN 246476)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:    310-229-1000
   Facsimile:    310-229-1001
5
   Attorneys for ZALE DELAWARE, INC.
6
   ERIC A. GROVER (SBN 136080)
7  JADE BUTMAN (SBN 235920)
   KELLER GROVER LLP
8  425 Second Street, Suite 500
   San Francisco, California 94107
9  Telephone:   415-543-1305
   Facsimile:   415-543-7861
10
   RANDALL CRANE (SBN 056806)
11 LAW OFFICE OF RANDALL CRANE
   180 Grand Avenue, Suite 1550
12 Oakland, California 94612
   Telephone: (510) 465-4643
13 Facsimile: (510) 465-4643

14 Attorneys for Plaintiffs JACKIE FLORES,
   ARBELLA YADEGAR and VAN NORMA WINTERHOLLER
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FLORES, ARBELLA YADEGAR and VAN NORMA WINTERHOLLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZALE DELAWARE, INC. and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. C 07-00539 TEH<br><br>**STIPULATION REGARDING ANSWER TO PLAINTIFFS FIRST AMENDED COMPLAINT**<br><br>Judge:   Thelton E. Henderson |

| | |
|---|---|
| 1 | WHEREAS, on December 6, 2007, the Court granted plaintiff Jackie Flores' motion for leave |
| 2 | to file a First Amended Complaint, adding plaintiffs Arbella Yadegar and Van Norma Winterholler as |
| 3 | named plaintiffs in her action; |
| 4 | WHEREAS, the new named plaintiffs assert the same substantive Labor Code violations |
| 5 | alleged in Flores' original complaint; |
| 6 | WHEREAS, the changes in the First Amended Complaint are few in nature; |
| 7 | WHEREAS, Flores filed and served her First Amended Complaint on December 7, 2007; and |
| 8 | WHEREAS, Zale previously filed an answer to Flores' original complaint on January 24, 2007; |
| 9 | IT IS HEREBY STIPULATED, by and between Zale and Flores, through their attorneys of |
| 10 | record, that Zale's January 24, 2007 answer to the original complaint will be deemed the answer to |
| 11 | Flores' First Amended Complaint, and Zale need not file a response to the First Amended Complaint. |

**IT IS SO STIPULATED.**

Dated: January 4, 2008

KELLER GROVER LLP
ERIC A. GROVER
JADE BUTMAN
ELIZABETH A. ACEVEDO

By: /s/ Eric A. Grover /
Eric A. Grover
Attorneys for Plaintiff JACKIE FLORES

Dated: January 4, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
CATHERINE A. CONWAY
GREGORY W. KNOPP
DAMIEN P. DELANEY

By /s/ Gregory W. Knopp /
Gregory W. Knopp
Attorneys for ZALE DELAWARE, INC.

**IT IS SO ORDERED:** 1/7/08

Thelton E. Henderson
United States District Judge

1

Stipulation Regarding Answer to Plaintiffs' First Amended Complaint