1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  DAMIEN P. DELANEY (SBN 246476)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:    310-229-1000
   Facsimile:    310-229-1001
5
   Attorneys for ZALE DELAWARE, INC.
6
   ERIC A. GROVER (SBN 136080)
7  JADE BUTMAN (SBN 235920)
   KELLER GROVER LLP
8  425 Second Street, Suite 500
   San Francisco, California 94107
9  Telephone:    415-543-1305
   Facsimile:    415-543-7861
10
   RANDALL CRANE (SBN 056806)
11 LAW OFFICE OF RANDALL CRANE
   180 Grand Avenue, Suite 1550
12 Oakland, California 94612
   Telephone: (510) 465-4643
13 Facsimile: (510) 465-4643

14 Attorneys for Plaintiffs JACKIE FLORES,
   ARBELLA YADEGAR, and VAN NORMA WINTERHOLLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FLORES, ARBELLA YADEGAR, and VAN NORMA WINTERHOLLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZALE DELAWARE, INC. and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. C 07-CV-00539-TEH<br><br>**STIPULATION REGARDING EXTENSION OF DEADLINE TO FILE CLASS CERTIFICATION MOTION**<br><br>Judge:   Thelton E. Henderson |

| | |
|---|---|
| 1 | WHEREAS, Plaintiffs' current deadline for filing a motion for class certification is May 23, 2008; |
| 2 | |
| 3 | WHEREAS, the parties have diligently conducted written discovery and have met and conferred in an effort to reach mutual agreement on the scheduling of depositions; |
| 4 | |
| 5 | WHEREAS, lead counsel for Zale will be in trial starting February 15, 2008; |
| 6 | WHEREAS, the aforementioned trial is scheduled for two phases: a liability phase that is expected to last at least two weeks, and, if necessary, a damages phase that would begin on or around March 10 and last at least one week; |
| 7 | |
| 8 | |
| 9 | WHEREAS, because of this trial, counsel for Zale will be unavailable to conduct or defend depositions during February and early March; |
| 10 | |
| 11 | WHEREAS, counsel for Zale's unavailability will delay the currently scheduled depositions until March and April; and |
| 12 | |
| 13 | WHEREAS, the parties have not sought any prior extensions of time; |
| 14 | IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record that the filing deadline for Plaintiffs' class certification motion be extended to July 25, 2008. |
| 15 | |
| 16 | **IT IS SO STIPULATED.** |

Dated: February 7, 2008

KELLER GROVER LLP
ERIC A. GROVER
JADE BUTMAN
ELIZABETH A. ACEVEDO


By: _____/s/ Eric A. Grover_____/
Eric A. Grover
Attorneys for Plaintiff JACKIE FLORES


Dated: February 7, 2008

LAW OFFICE OF RANDALL CRANE
RANDALL CRANE


By: _____/s/ Randall Crane_____/
Randall Crane
Attorney for Plaintiff ARBELLA YADEGAR
AND VAN NORMA WINTERHOLLER

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: February 7, 2008 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>CATHERINE A. CONWAY<br>GREGORY W. KNOPP<br>DAMIEN P. DELANEY |
| 5 | | |
| 6 | | |
| 7 | | By /s/ Gregory W. Knopp / |
| 8 | | Gregory W. Knopp<br>Attorneys for ZALE DELAWARE, INC. |
| 9 | | |
| 10 | | |
| 11 | **IT IS SO ORDERED:** | _____<br>Thelton E. Henderson<br>United States District Judge |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson — 02/08/08]