1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  DAMIEN P. DELANEY (SBN 246476)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:     310-229-1000
   Facsimile:     310-229-1001
5
   Attorneys for ZALE DELAWARE, INC.
6
   ERIC A. GROVER (SBN 136080)
7  JADE BUTMAN (SBN 235920)
   **KELLER GROVER LLP**
8  425 Second Street, Suite 500
   San Francisco, California 94107
9  Telephone:     415-543-1305
   Facsimile:     415-543-7861
10
   RANDALL CRANE (SBN 056806)
11 **LAW OFFICE OF RANDALL CRANE**
   180 Grand Avenue, Suite 1550
12 Oakland, California 94612
   Telephone:  510 465-4643
13 Facsimile:  510 465-4643

14 Attorneys for Plaintiffs JACKIE FLORES,
   ARBELLA YADEGAR, and VAN NORMA WINTERHOLLER
15

16
                    **UNITED STATES DISTRICT COURT**
17
                    **NORTHERN DISTRICT OF CALIFORNIA**
18

19
   | | |
   |---|---|
   | JACKIE FLORES, ARBELLA YADEGAR, and VAN NORMA WINTERHOLLER, on behalf of themselves and all others similarly situated, | Case No. C 07-CV-00539-TEH |
   | | **STIPULATION REGARDING EXTENSION OF DEADLINE TO FILE CLASS CERTIFICATION MOTION** |
   | Plaintiffs, | |
   | v. | Judge:    Thelton E. Henderson |
   | ZALE DELAWARE, INC. and DOES 1 TO 10, inclusive, | |
   | Defendants. | |

1   WHEREAS, Plaintiffs' current deadline for filing a motion for class certification is July 25,
2   2008 and the current deadline to complete a mediation is July 30, 2008;

3   WHEREAS, the parties have diligently engaged in written discovery and taken some of the
4   depositions necessary to file the class cert motion and participate in a meaningful mediation;

5   WHEREAS, the effects of a job restructuring at Defendant impacted the ability to set the
6   FRCP 30(b)(6) depositions as early as the parties had previously anticipated;

7   WHERAS, the maternity leave of one of the attorneys representing Plaintiff Flores resulted in
8   the scheduling of Plaintiff Flores' deposition for a later than anticipated date;

9   WHEREAS, a recently deposed FRCP 30(b)(6) witness raised some issues that are expected to
10  lead to several meet and confer sessions with respect to plaintiff's discovery requests;

11  WHEREAS, the parties would like the opportunity to conduct the mediation session in advance
12  of the deadline to file the class certification motion; and

13  WHEREAS, the parties have sought one prior extension of time;

14  IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record
15  that the filing deadline for Plaintiffs' class certification motion be moved from July 25, 2008 to
16  October 3, 2008 and the date to complete mediation be extended from July 30, 2008 to September 12,
17  2008.  The parties also request that the Court adopt the following class discovery cut-off date and
18  briefing schedule:

- Close of class certification discovery – September 19, 2008
- Motion for class certification filed --  October 3, 2008
- Defendant's opposition filed – November 17, 2008
- Plaintiffs' reply filed – December 17, 2008
- Hearing on motion – January 26, 2009

**IT IS SO STIPULATED**.

Dated:  June 13, 2008                KELLER GROVER LLP
                                     ERIC A. GROVER
                                     JADE BUTMAN
                                     ELIZABETH A. ACEVEDO


                                     By:         /s/ Eric A. Grover
                                                 Eric A. Grover
                                     Attorneys for Plaintiff JACKIE FLORES


Dated:  June 13, 2008                LAW OFFICE OF RANDALL CRANE
                                     RANDALL CRANE


                                     By:         /s/ Randall Crane
                                                 Randall Crane
                                     Attorney for Plaintiff ARBELLA YADEGAR
                                     AND VAN NORMA WINTERHOLLER


Dated:  June 13, 2008                AKIN GUMP STRAUSS HAUER & FELD LLP
                                     CATHERINE A. CONWAY
                                     GREGORY W. KNOPP
                                     DAMIEN P. DELANEY


                                     By         /s/ Damien P. Delaney
                                                Damien P. Delaney
                                     Attorneys for ZALE DELAWARE, INC.


**IT IS SO ORDERED:**

Dated:  06/16/08
                                     _____
                                     Thelton E. Henderson, Judge
                                     [Signature: Judge Thelton E. Henderson]