1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  DAMIEN P. DELANEY (SBN 246476)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:    310-229-1000
   Facsimile:    310-229-1001
5
   Attorneys for ZALE DELAWARE, INC.
6
   ERIC A. GROVER (SBN 136080)
7  JADE BUTMAN (SBN 235920)
   **KELLER GROVER LLP**
8  425 Second Street, Suite 500
   San Francisco, California 94107
9  Telephone:    415-543-1305
   Facsimile:    415-543-7861
10
   RANDALL CRANE (SBN 056806)
11 **LAW OFFICE OF RANDALL CRANE**
   180 Grand Avenue, Suite 1550
12 Oakland, California 94612
   Telephone: 510 465-4643
13 Facsimile: 510 465-4643

14 Attorneys for Plaintiffs JACKIE FLORES,
   ARBELLA YADEGAR, and VAN NORMA WINTERHOLLER
15

16                      **UNITED STATES DISTRICT COURT**
17
                        **NORTHERN DISTRICT OF CALIFORNIA**
18

19
    | | |
    |---|---|
    | JACKIE FLORES, ARBELLA YADEGAR, and VAN NORMA WINTERHOLLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZALE DELAWARE, INC. and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. C 07-CV-00539-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE TO FILE PRELIMINARY APPROVAL MOTION**<br><br>Judge:    Thelton E. Henderson |

27
28

---
Stipulation and [Proposed] Order Regarding Extension of Deadline to File Preliminary Approval Motion
No. C 07-CV-00539 TEH

1     WHEREAS, Plaintiffs' current deadline for filing a motion for preliminary approval of class action settlement is December 1, 2008;

    WHEREAS, the parties have diligently engaged in negotiations to finalize the Settlement Agreement; and

    WHEREAS, because of the upcoming holidays, negotiations have been delayed;

    IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record that the filing deadline for the preliminary approval motion be moved from December 1, 2008 to December 19, 2008.

**IT IS SO STIPULATED**.

Dated:  November 26, 2008        KELLER GROVER LLP
                                            ERIC A. GROVER
                                            JADE BUTMAN
                                            ELIZABETH A. ACEVEDO

                                            By:              */s/ Eric A. Grover*
                                                            Eric A. Grover
                                            Attorneys for Plaintiff JACKIE FLORES

Dated:  November 26, 2008        LAW OFFICE OF RANDALL CRANE
                                            RANDALL CRANE


                                            By:              */s/ Randall Crane*
                                                            Randall Crane
                                            Attorney for Plaintiff ARBELLA YADEGAR
                                            AND VAN NORMA WINTERHOLLER

Dated: November 26, 2008         AKIN GUMP STRAUSS HAUER & FELD LLP
                                            CATHERINE A. CONWAY
                                            GREGORY W. KNOPP
                                            DAMIEN P. DELANEY


                                            By           */s/ Damien P. Delaney*
                                                            Damien P. Delaney
                                            Attorneys for ZALE DELAWARE, INC.

1

Stipulation and [Proposed] Order Regarding Extension of Deadline to File Preliminary Approval Motion
No. C 07-CV-00539 TEH

### [~~PROPOSED~~] ORDER

Good cause appearing therefore, the Court hereby orders that the deadline to file the motion for preliminary approval of class action settlement shall be continued from December 1, 2008 to December 19, 2008.

**IT IS SO ORDERED:**

Dated: 12/01/08



Thelton E. Henderson
United States District Judge

1