IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| JACKIE FLORES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZALE DELAWARE, INC., <br><br> Defendant. | NO. C07-0539 TEH <br><br> <u>ORDER TO SHOW CAUSE RE: PLAINTIFFS' MOTION TO ENFORCE FINAL ORDER</u> |

Plaintiffs filed a motion to enforce the Court's June 22, 2009 order, which granted final approval of the class settlement in this case, and noticed their motion for hearing on July 12, 2010. Pursuant to Civil Local Rule 7-3, Defendant's opposition or statement of non-opposition to the motion was therefore due on June 21, 2010. Defendant filed neither document.

This Court's courtroom deputy telephoned Defendant's counsel on June 22, 2010, and received a voice-mail message from Ms. Catherine Conway in return stating that Defendant intended to file an opposition. Ms. Conway telephoned the Court's deputy clerk again this afternoon and stated that Defendant intended to file its opposition by Friday.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Defendant shall file its opposition or statement of non-opposition on or before **June 25, 2010.** Plaintiffs shall have until **July 2, 2010,** to file their reply papers. The hearing shall be continued to **July 19, 2010, at 10:00 AM.** If no timely opposition or statement of non-opposition is filed, the Court will construe such silence as a non-opposition and grant Plaintiffs' motion in its entirety as unopposed.

IT IS FURTHER ORDERED that on **July 19, 2010, at 10:00 AM**, Defendant's counsel shall show cause as to why sanctions should not be imposed for Defendant's failure

to file a timely opposition or statement of non-opposition.  If Defendant's counsel wishes to file a written response to this order to show cause, she shall do so on or before **July 2, 2010.**

**IT IS SO ORDERED.**

Dated:   06/23/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT