IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACKIE FLORES, et al.,

                Plaintiffs,

v.

ZALE DELAWARE, INC.,

                Defendant.

NO. C07-0539 TEH

ORDER VACATING JUNE 23, 2010 ORDER TO SHOW CAUSE

     On June 23, 2010, this Court ordered Ms. Catherine Conway, counsel for Defendant, to show cause as to why sanctions should not be imposed for Defendant's failure to file a timely opposition or statement of non-opposition to Plaintiffs' motion to enforce the class settlement. Although the Court finds some of Ms. Conway's statements to be misleading – for example, she did not acknowledge that anyone other than an associate who no longer works at her firm received electronic notification of the motion's filing until after questioning by the Court – the Court opts not impose sanctions in this instance and now VACATES the June 23, 2010 Order to Show Cause. Counsel is forewarned, however, that similar lapses in the future may, and likely will, be subject to sanctions.

**IT IS SO ORDERED.**

Dated: 07/22/10

                                              THELTON E. HENDERSON, JUDGE
                                              UNITED STATES DISTRICT COURT